A CERTIFIED TRUE COPY
ATTEST

By April Layne on Dec 19, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT

DEC 28 2007

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 19, 2007

FILED
CLERK'S OFFICE

IN RE: KOREAN AIR LINES CO., LTD.,
ANTITRUST LITIGATION

07-MDL No. 1891  SJO (AJWx)

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in three actions have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation as follows: (1) plaintiff in one Western District of Washington action has moved for centralization in the Western District of Washington; (2) plaintiffs in one Central District of California action have moved for centralization in the Central District of California; and (3) plaintiff in one Northern District of California action has moved for centralization in the Northern District of California. All responding parties agree that centralization is appropriate and variously support one or more of the previous three suggested districts, the District of Massachusetts or the Eastern District of New York.

This litigation currently consists of 25 actions listed on Schedule A and pending in six districts as follows: ten actions each in the Northern District of California and the Western District of Washington; two actions in the Central District of California; and one action each in the District of Massachusetts, the District of Nevada, and the Eastern District of New York.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Central District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions relating to allegations that defendants, Korean Air Lines Co., Ltd. and Asiana Airlines, Inc., conspired to fix prices of passenger airfares for flights between the United States and Korea in violation of the Sherman Antitrust Act. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Central District of California is an appropriate transferee forum for this litigation, because (1) two constituent actions and sixteen potential tag-along actions are already pending there; and (2) both defendants maintain their primary domestic office in Los Angeles, where discovery may be found.

---

[*] Judge Scirica did not participate in the decision of this matter.

[1] The Panel has been notified of 42 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Central District of California are transferred to the Central District of California and, with the consent of that court, assigned to the Honorable S. James Otero for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

D. Lowell Jensen          J. Frederick Motz
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen           Anthony J. Scirica*

**IN RE: KOREAN AIR LINES CO., LTD.,**
**ANTITRUST LITIGATION**                    MDL No. 1891

**SCHEDULE A**

<u>Central District of California</u>

Hyun Park, et al. v. Korean Air Lines Co., Ltd., C.A. No. 2:07-5107
Desa Philadelphia v. Korean Air Lines Co., Ltd., C.A. No. 2:07-5453

<u>Northern District of California</u>

Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-3985 CV07-8381-SJO(manx)
Hwa Ja Chung v. Korean Air Lines Co., Ltd., C.A. No. 3:07-4016 CV07-8403-SJO(manx)
Ben Lee v. Korean Air Lines Co., Ltd., C.A. No. 3:07-4085 CV07-8404-SJO(manx)
Yoon S. Chang v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-4244 CV07-8405-SJO(manx)
Kirby K. Kim v. Korean Air Lines Co., Ltd., C.A. No. 3:07-4245 CV07-8407-SJO(manx)
Scott McLean v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-4297 CV07-8408-SJO(manx)
Martin Kaufman v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-4349 CV07-8409-SJO(manx)
Kaz Fujita v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-4489 CV07-8412-SJO(manx)
Amy Bricker v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-4508 CV07-8413-SJO(manx)
Michael Lee v. Korean Air Lines Co., Ltd., et al., C.A. No. 3:07-4509 CV07-8415-SJO(manx)

<u>District of Massachusetts</u>

Song Kim v. Korean Air Lines Co., Ltd., C.A. No. 1:07-11427 CV07-8417-SJO(manx)

<u>District of Nevada</u>

Sook Yung Lee v. Korean Air Lines Co., Ltd., et al., C.A. No. 2:07-1151 CV07-8418-SJO(manx)

<u>Eastern District of New York</u>

Yoong Kim v. Korean Air Lines Co., Ltd., et al., C.A. No. 2:07-3526 CV07-8419-SJO(manx)

<u>Western District of Washington</u>

James Van Horn v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1228 CV07-8420-SJO(manx)
Ki-Yong Nam v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1264 CV07-8421-SJO(manx)
Young Teak Moon, et al. v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1280 CV07-8422-SJO(manx)
Leeva Chung v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1281 CV07-8423-SJO(manx)
Jong Su Kim v. Korean Air Lines, Co., Ltd., C.A. No. 2:07-1294 CV07-8425-SJO(manx)
Steven Kim, et al. v. Korean Air Lines Co., Ltd., et al., C.A. No. 2:07-1313 CV07-8428-SJO(manx)

- A2 -

**MDL No. 1891 ScheduleA (Continued)**

<u>Western District of Washington</u> (Continued)

Chae Kim v. Korean Air Lines Co., Ltd., et al., C.A. No. 2:07-1337 CV07-8427-SJO(MANx)
Michael Choi v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1342 CV07-8432-SJO(MANx)
Jay Sohn v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1351 CV07-8429-SJO(MANx)
John Papazian v. Korean Air Lines Co., Ltd., C.A. No. 2:07-1357 CV07-8430-SJO(MANx)