GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
skupfer@glancylaw.com

MILBERG WEISS LLP
JEFF S. WESTERMAN (94559)
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Tel: (213) 617-1200
Fax: (213) 617-1975
jwesterman@milbergweiss.com

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (54534)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Plaintiffs' Interim Co-Lead Counsel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 1891<br>Master File No. CV 07-05107 SJO (AGRx)<br><br>**ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY** |

[PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY
MDL 1891- C.D. Cal. Case No. CV 07-05107 SJO (AGRx)
951971v1/010438

Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case, and submit this stipulation and proposed order:

1.  Subject to the provisions of paragraph 2 below, within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "[D]ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Except to the extent they constitute preliminary work under paragraph 2 below, or were not received by an expert in native, electronic format, any schedules, charts, tables, or other graphical presentations used to summarize or support the expert's opinion or relied on by the expert shall be produced in native, electronic format using commercially available software. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely-available publicly without undue expense (such as on the internet, or in major university libraries).

-1-

2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and expert; (b) counsel and expert's staff; (c) experts and other experts or consultants retained by them or by counsel; and/or (d) experts and their respective staff members and (2) notes, drafts, or other types of preliminary work created by, or for, experts.

The foregoing exclusions from discovery do not apply to any communications or documents upon which the experts rely as a basis for their opinions/reports. The foregoing exclusions also do not apply to data or documents created in the ordinary course of business by a defendant or a third party that are provided to the expert and which the expert considered in forming the expert's opinions.

SO ORDERED.

June 1, 2009:

_____

Hon. Alicia G. Rosenberg
United States Magistrate Judge

-2-

[PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY
MDL 1891- C.D. Cal. Case No. CV 07-05107 SJO (AGRx)
951971v1/010438