IAN SIMMONS (admitted *pro hac vice*)
isimmons@omm.com
ANGELA THALER WILKS (admitted *pro hac vice*)
awilks@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: +1 (202) 383-5300
Facsimile: +1 (202) 383-5414

Attorneys for Defendant
ASIANA AIRLINES, INC.

[Additional Counsel appear on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 1891 |
|---|---|
| | Master File No.: CV 07 5107-SJO (AGRx) |
| This Document Relates to: | STIPULATED SCHEDULE |
| ALL ACTIONS | Date:      February 8, 2009<br>Time:     10:00 a.m.<br>Judge:   Hon. S. James Otero |

On December 14, 2009, Plaintiffs and Defendants (the "Parties") participated in a telephonic hearing before this Court. At the hearing, the Court indicated that the briefing schedule for Defendants' Joint Motion to Dismiss Plaintiffs' Korea-Purchase Claims for Lack of Subject Matter Jurisdiction would be set at the February 8, 2010 hearing. (Dec. 14, 2009 Hearing Tr. 42:10-14.) Pursuant to that statement, the Parties set forth below a proposed briefing schedule for Defendants' Joint Motion to Dismiss.

| Event | Date |
|---|---|
| Defendants' Joint Motion to Dismiss | February 26, 2010 |
| Deadline for Discovery of Defendants' Expert | March 26, 2010 |
| Plaintiffs' Opposition | April 16, 2010 |
| Deadline for Discovery of Plaintiffs' Expert | April 30, 2010 |
| Defendants' Reply | May 21, 2010 |
| Hearing | June 7, 2010 |

The Parties further propose that the following page lengths be set for the foregoing motions: 35 pages for Defendants' Joint Motion to Dismiss; 35 pages for Plaintiffs' Opposition; and 20 pages for Defendants' Reply.  Though longer than the 20 pages for motions and oppositions and 10 pages for replies permitted by the Court's Standing Order, the Parties believe that these page lengths are appropriate as Defendants will be filing a joint motion in lieu of two separate individual motions, the proposed page limitations for the opening and responding briefs are shorter than they would be if separate motions were filed, and the Parties expect expert testimony to be introduced and analyzed in their respective submissions.

1 | Dated: February 5, 2010          Respectfully submitted,

2 |                                  O'MELVENY & MYERS LLP

3 |

4 |

5 |                                  By _____ */s/* Ian Simmons _____

6 |                                          IAN SIMMONS

7 |                                  IAN SIMMONS (admitted *pro hac vice*)
                                     isimmons@omm.com
8 |                                  ANGELA THALER WILKS
                                     (admitted *pro hac vice*)
9 |                                  awilks@omm.com
                                     O'MELVENY & MYERS LLP
10 |                                 1625 Eye Street, N.W.
                                     Washington, D.C. 20006-4001
11 |                                 Telephone: +1 (202) 383-5300
                                     Facsimile: +1 (202) 383-5414
12 |

13 |                                 *Counsel for Defendant*
                                     *ASIANA AIRLINES, INC.*
14 |

15 |

16 |                                 MORGAN, LEWIS & BOCKIUS LLP

17 |

18 |

19 |                                 By _____ */s/*  Peter Halle _____

20 |                                          PETER HALLE

21 |                                 PETER E. HALLE (admitted *pro hac vice*)
                                     phalle@morganlewis.com
22 |                                 J. CLAYTON EVERETT (admitted *pro hac vice*)
                                     jeverett@morganlewis.com
23 |                                 MORGAN, LEWIS & BOCKIUS LLP
                                     1111 Pennsylvania Avenue, NW
24 |                                 Washington, D.C. 20004
                                     Tel: (202) 739-3000
25 |                                 Fax: (202) 739-3001

26 |

27 |

28 |

3

1   NEAL S. SALISIAN (SBN 240277)
    nsalisian@morganlewis.com
2   MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
3   Twenty-Second Floor
    Los Angeles, CA 90071-3132
4   Tel: (213) 612-2500
    Fax: (213) 612-2501
5
6   *Counsel for Defendant*
    *KOREAN AIR LINES CO., LTD.*
7
8
9   GLANCY BINKOW & GOLDBERG LLP
10
11
    By _____/s/ Susan Kupfer_____
12
          SUSAN KUPFER
13
14  SUSAN KUPFER (SBN 141724)
    skupfer@glancylaw.com
15  GLANCY BINKOW & GOLDBERG LLP
    One Embarcadero Center, Suite 760
16  San Francisco, CA 94111
    Tel: (415) 972-8160
17  Fax: (415) 972-8166
18
19  MILBERG LLP
20
21
    By _____/s/ Jeff S. Westerman_____
22
          JEFF S. WESTERMAN
23
24  JEFF S. WESTERMAN (SBN 94559)
    jwesterman@milberg.com
25  MILBERG LLP
    One California Plaza
26  300 South Grand Ave., Suite 3900
    Los Angeles, CA 90071
27  Tel: (213) 617-1200
    Fax: (213) 617-1975
28

4
STIPULATED SCHEDULE MDL NO. 1891/CASE NO. CV 07-5107-SJO (AGRX)

1   SUSMAN GODFREY L.L.P.

2

3

4   By _____/s/ Marc S. Seltzer_____

5   MARC S. SELTZER

6   MARC S. SELTZER (SBN 54534)
    mseltzer@susmangodfrey.com
7   SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950
8   Los Angeles, CA 90067
    Tel: (310) 789-3100
9   Fax: (310) 789-3150

10

11  *Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED SCHEDULE MDL NO. 1891/CASE NO. CV 07-5107-SJO (AGRX)